1  McGREGOR W. SCOTT
   United States Attorney
2  KATHLEEN A. SERVATIUS, AUSA
   Federal Courthouse
3  2500 Tulare St., Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6

7

8             IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    ) Case No. 1:07-mj-00120 SMS
                                )
12            Plaintiff,        ) STIPULATION TO CONTINUE PRELIMINARY
13     v.                       ) HEARING;  **ORDER**
                                )
14                              ) Old Date: 6/1/2007 at 1:30 p.m.
                                ) NEW DATE:   **June 8, 2007**
15 DAVID MELLOR,                ) NEW  TIME:   **1:00 p.m.**  (not 1:30p.m.)
16                              )
              Defendants.       ) Honorable SANDRA M. SNYDER
17 _____)

18

19     IT IS HEREBY STIPULATED by and between the parties hereto and through their

20 attorneys of record that the Preliminary hearing presently scheduled before the Honorable Sandra

21 M. Snyder on June 1, 2007 at 1:30 p.m. be continued to June 8, 2007 at 1:00 p.m.

22     All parties herein, through their respective counsel have been contacted regarding the

23 requested continuance and concur with this request.

24 ///

25 ///

26

27

28
                                        1

1 | Dated: May 31, 2007
2 |
3 |
4 |

        McGregor W. Scott
        United States Attorney

     /s/ Kathleen A. Servatius
     By: KATHLEEN A. SERVATIUS
        Assistant U.S. Attorney

VERBAL CONSENT GIVEN ON 5/30/07

Dated: May 31, 2007

   /s/   Eric V. Kersten
ERIC V. KERSTEN
Attorney for Defendant
David Mellor

McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-mj-00120 SMS |
| | ) | |
| Plaintiff, | ) | **ORDER** TO CONTINUE |
| v. | ) | PRELIMINARY HEARING |
| | ) | |
| DAVID MELLOR | ) | Date:    June 8, 2007 |
| | ) | Time:   **1:00 p.m.**  (not  1:30p.m.) |
| Defendant. | ) | Honorable Sandra M. Snyder |
| | ) | |

    Upon the stipulation of the parties and good cause appearing therefore,

    IT IS HEREBY ORDERED that the Preliminary hearing presently set for June 1, 2007 at 1:30 p.m.. is continued until June 8, 2007 at 1:00 p.m.  be heard before the Honorable Sandra M. Snyder.

IT IS SO ORDERED.

**Dated:   June 1, 2007**                    /s/ Sandra M. Snyder
                                           UNITED STATES MAGISTRATE JUDGE