DANIEL J. BRODERICK, Bar No. 89424
Acting Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DAVID MELLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff*,<br><br> v.<br><br>DAVID MELLOR,<br><br>   *Defendant*. | No. 1:07-cr-0155 AWI<br><br>STIPULATION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE;  AND ORDER THEREON<br><br>Judge:  Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KATHLEEN A. SERVATIUS, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant David Mellor, that, effective August 10, 2007, the conditions of pre-trial release for David Mellor may be amended as follows:

  Condition 6, which places Mr. Mellor in the third party custody of Theresa Auld, will be deleted.  Mr. Mellor will no longer be in the custody of any third party custodian.

  Condition 7 will be amended to reflect that Mr. Mellor may travel to the Middle District of Florida and reside in that district, at 1001 West Shore Blvd, Tampa, Florida 33607.  Mr. Mellor's travel shall be restricted to the Middle District of Florida except as required for his appearance at court proceedings in the Eastern District of California.  Mr. Mellor shall notify the Pre-Trial Services Office prior to the beginning of his travel to Tampa, Florida, and he shall notify the Pre-Trial Services Office on the first business day following his arrival in Tampa, Florida.

1  All other conditions of pre-trial release shall remain in full force and effect. Mr. Mellor has
2  entered a plea agreement with a recommended sentence of probation and home detention. Sentencing is
3  scheduled for September 10, 2007. Mr. Mellor is aware that he must be personally present for sentencing
4  in the Eastern District of California.

5  This request is made to permit Mr. Mellor to reside with his fiancé, Isabella Boceardi, who recently
6  graduated from college and is relocating to Tampa, Florida. She will begin a two year internship at the
7  Tampa, Florida Marriott Hotel on August 15, 2007.

DATED: July 30, 2007                                    McGREGOR M. SCOTT
                                                        United States Attorney

                                                        /s/ Kathleen A. Servatius
                                                        KATHLEEN A. SERVATIUS
                                                        Assistant U.S. Attorney
                                                        Attorney for Plaintiff

DATED: July30, 2007                                     DANIEL J. BRODERICK
                                                        Federal Defender

                                                        /s/ Eric V. Kersten
                                                        ERIC V. KERSTEN
                                                        Assistant Federal Defender
                                                        Attorney for Defendant

O R D E R

IT IS SO ORDERED.

**Dated:    July 30, 2007**              /s/ Anthony W. Ishii
                                         UNITED STATES DISTRICT JUDGE

Stipulation to Modify Conditions
of Pre-Trial Release                          2