DANIEL J. BRODERICK, Bar No. 89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DAVID MELLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:07-cr-0155 AWI |
| Plaintiff, | STIPULATION TO REINSTATE ORIGINAL CONDITIONS OF PRE-TRIAL RELEASE; AND ORDER THEREON |
| v. | |
| DAVID MELLOR, | Judge: Hon. Anthony W. Ishii |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KATHLEEN A. SERVATIUS, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant David Mellor, that the original conditions of pre-trial release for David Mellor, imposed by the magistrate court on May 25, 2007, shall be reinstated.

By stipulation signed July 30, 2007, the original conditions of release were modified to delete the condition that Mr. Mellor be placed in the third party custody of Theresa Auld; and to allow Mr. Mellor to travel to the Middle District of Florida and reside in that district.  These changes were requested to allow Mr. Mellor to reside with his fiancé in Tampa, Florida, where she was expected to begin a two year internship at the Marriott Hotel on August 15, 2007.  However, because of problems with his fiance's

///

1  visa, the internship will not begin until a later date. Consequently, Mr. Mellor desires to remain in this
2  area until he is sentenced on September 10, 2007.

4  DATED: August 10, 2007                       McGREGOR M. SCOTT
                                                United States Attorney

7                                               /s/ Kathleen A. Servatius
                                                KATHLEEN A. SERVATIUS
                                                Assistant U.S. Attorney
8                                               Attorney for Plaintiff

10 DATED: August 10, 2007                       DANIEL J. BRODERICK
                                                Federal Defender

13                                              /s/ Eric V. Kersten
                                                ERIC V. KERSTEN
                                                Assistant Federal Defender
14                                              Attorney for Defendant

16                            O R D E R

17 IT IS SO ORDERED.

18 **Dated:   August 10, 2007**              /s/ **Anthony W. Ishii**
                                             UNITED STATES DISTRICT JUDGE