FILED
SEP 4 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                    )<br>         Plaintiffs,                 )<br>                                    )<br>     vs.                            )<br>                                    )<br> DAVID MELLOR,                       )<br>                                    )<br>         Defendant.                 )<br>_____) | No. CR-07-155-AWI<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced on SEPTEMBER 4, 2007 to PROBATION ,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: 9-4-07

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1